IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

Mark E. West,                )
                             )
        Plaintiff,           )    C/A NO.: 6:21-cv-01593-DCC-JDA
                             )
vs.                          )    PLAINTIFF'S MOTION FOR
                             )      TELEPHONE CONFERENCE
Don Reynolds,                )
individually and as          )
Sheriff of Laurens           )
County, and Laurens          )
County,                      )
                             )
        Defendants.          )

TO:  RUSSELL W. HARTER, JR., ATTORNEY FOR DEFENDANTS


        YOU WILL PLEASE TAKE NOTICE that ten (10) days after

the service hereof, or at such time and place as the Court may

deem appropriate, Plaintiff will move the Court, pursuant to Rule

37 of the *Federal Rules of Civil Procedure*, for a telephone

conference hearing to discuss deficiencies in Defendants'

interrogatory answers to Interrogatories Numbered 10 and 11.

        Two interrogatories and responses that Plaintiff

believes are deficient:


        Interrogatory No. 10    Describe in detail any and all

        contact or interaction by and between Defendants and

        law enforcement personnel in Spartanburg County

        concerning the incident described in Plaintiff's

        Complaint.

        Answer:

        A.   Pusurant to FRCP 33(d) see documents provided

and/or identified in this response and in response
to plaintiff's Request for Production.

B.    See documents identified in response to
Interrogatory No. 2 and in defendants' responses
to plaintiff's Requests for Production.

Interrogatory No. 11    Identify any prior
investigation or arrest of the Plaintiff by Defendants
at any time for any reason whatsoever.

Answer:

Inquiry is being made into Interrogatory No. 11.


It is Plaintiff's position that Interrogatory No. 10
asks for a description of the detailed interaction between the
Defendants and law enforcement personnel in Spartanburg County.
The answer is not responsive but simply refers Plaintiff to
documents which we had obtained by FOIA.  Plaintiff seeks to know
about conversations, emails, etc., in short, everything germane
to the interaction.

With respect to Interrogatory No. 11, the response was
"inquiry is being made."  These interrogatories were originally
served five (5) months ago.  Plaintiff's counsel was later
informed by Defendants' counsel that he did not receive the
Interrogatories and Requests for Production and asked for another
copy.  We therefore reserved Defendants' attorney and have now
received the responses set forth above.

KNIE & SHEALY

*/s/ Patrick E. Knie*

Patrick E. Knie
Federal I.D. No. 02370
P.O. Box 5159
250 Magnolia Street
Spartanburg, S.C.   29304
Telephone No. (864) 582-5118
Telefax No.   (864) 585-1615

Christopher D. Brough
The Brough Law Firm
Federal I.D. No. 9666
275 East Henry Street
Spartanburg, South Carolina 29306
Telephone No. (864) 585-3088
Fax No.        (864) 585-3058
Christopherbrough@broughlaw.com

ATTORNEYS FOR PLAINTIFF

March 3, 2022

        In accordance with Rule 11 of the *Federal Rules of Civil Procedure,* I affirm that I have communicated with opposing counsel and have attempted in good faith to resolve the matter contained in the motion.

*/s/ Patrick E. Knie*

Patrick E. Knie
Attorney for Plaintiff